UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DEBRA A. EDENS | CIVIL ACTION NO. 07-1794 |
| VS. | JUDGE HAIK |
| ALLSTATE INDEMNITY CO. | MAGISTRATE JUDGE METHVIN |

*JURISDICTIONAL AMOUNT REVIEW*

This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

Plaintiff alleges that Hurricane Rita caused wind and rain damage to plaintiff's residence. The homeowner's policy issued by defendant had a limit of $118,938.00 for the dwelling, $11,893.00 for other structures, $89,203.00 for personal property, and "some limited additional living expense."[1] Defendant has paid $33,827.00. Plaintiff alleges that the damage to her home, which includes mold contamination, greatly exceeds the amount paid by defendant. Plaintiff seeks damages for mold contamination, diminution of property value, loss of use, living expenses, storage expenses, medical expenses, mental anguish, penalties, and attorneys fees.

Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

Signed at Lafayette, Louisiana, on November 7, 2007.

Mildred E. Methvin
United States Magistrate Judge

---

[1] Rec. Doc. 1.